SLIP OP. 06-170

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

Before   THE HONORABLE GREGORY W. CARMAN, JUDGE

| | |
|---|---|
| GERDAU AMERISTEEL CORPORATION, )<br><br>*Plaintiff,* )<br><br>v. )<br><br>UNITED STATES, )<br><br>*Defendant,* and )<br><br>IÇDAS CELIK ENERJI TERSANE ve )<br>ULASIM SANYAI, A S , )<br><br>*Defendant-Intervenor* ) | Court No  04-00608 |

**ORDER**

Upon consideration of Plaintiff's September 8, 2006 Motion for Rehearing and the parties' responses thereto, it is hereby

**ORDERED** that Plaintiff's Motion for Rehearing is denied.

**SO ORDERED.**

/S/        Gregory W. Carman
Judge

Dated.   November 14, 2006
New York, New York